1  FENNEMORE CRAIG, P.C.
   Amy Abdo (No. 016346)
2  2394 E. Camelback Road, Suite 600
3  Phoenix, AZ 85016-3429
   Telephone: (602) 916-5000
4  Email: amy@fclaw.com

5
   BILZIN SUMBERG BAENA PRICE & AXELROD LLP
6  Robert W. Turken (admitted *pro hac vice*)
   Scott N. Wagner (admitted *pro hac vice*)
7  Lori P. Lustrin (admitted *pro hac vice*)
8  Shalia M. Sakona (admitted *pro hac vice*)
   Jerry R. Goldsmith (admitted *pro hac vice*)
9  Ilana A. Drescher (admitted *pro hac vice*)
   1450 Brickell Avenue
10 Suite 2300
11 Miami, FL 33131-3456
   Telephone: (305) 374-7580
12 Email: rturken@bilzin.com
13 Email: swagner@bilzin.com
   Email: llustrin@bilzin.com
14 Email: ssakona@bilzin.com
   Email: jgoldsmith@bilzin.com
15 Email: idrescher@bilzin.com

16
17 *Attorneys for Plaintiff Avnet, Inc.*

18         **UNITED STATES DISTRICT COURT**
           **DISTRICT OF ARIZONA**
19

20 Avnet, Inc.,

21              Plaintiff,                     Case No.: 2:19-cv-0766-SMB
22
23 vs.

24 Panasonic Corporation; Panasonic           **PLAINTIFF AVNET'S MOTION**
   Corporation of North America; SANYO        **FOR EXTENSION OF TIME TO**
25 Electric Co., Ltd.; and SANYO North        **SERVE COMPLAINT ON**
   America Corporation,                       **FOREIGN DEFENDANTS**
26
27              Defendants.
28

1       Plaintiff, Avnet, Inc. ("Avnet") filed this action on February 6, 2019.  The JPML

2   is currently considering transfer of this case to the Northern District of California as a

3   tag-along action.  Pursuant to Federal Rule of Civil Procedure 4(m), Avnet hereby moves

4   this Court for entry of an Order extending the time for Avnet to effectuate service of the

5   Summons and Complaint on the foreign defendants in this action, Panasonic Corporation

6   and SANYO Electric Co., Ltd. (collectively, "Panasonic") for a period of ninety days

7   from the date of this motion.  Avnet will effectuate service or seek further order of the

8   Court on or before Monday, July 29, 2019.

9

10   Dated: April 29, 2019          By: */s/          Scott N. Wagner*

11   Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)

12   Lori P. Lustrin  (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice*)

13   Jerry Goldsmith (admitted *pro hac vice*)
Ilana A. Drescher (admitted *pro hac vice*)

14   **BILZIN SUMBERG BAENA PRICE &**

15   **AXELROD, LLP**
1450 Brickell Avenue
Suite 2300

16   Miami, FL 33131-3456

17   (305) 374-7580
Email: rturken@bilzin.com

18   Email: swagner@bilzin.com

19   Email: llustrin@bilzin.com
Email: ssakona@bilzin.com

20   Email: jgoldsmith@bilzin.com

21   Email: idrescher@bilzin.com

22   FENNEMORE CRAIG, P.C.

23   Amy Abdo (No. 016346)
2394 E. Camelback Road,

24   Suite 600
Phoenix, AZ 85016-3429

25   Telephone: (602) 916-5000

26   Email: amy@fclaw.com

27

28   *Attorneys for Plaintiff Avnet, Inc.*

1