William J. Maledon, 003670
Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
wmaledon@omlaw.com
efraser@omlaw.com

Jeffrey L. Kessler, *pro hac vice* pending
A. Paul Victor, *pro hac vice* pending
Molly M. Donovan, *pro hac vice* pending
Sofia Arguello, *pro hac vice* pending
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
sarguello@winston.com

Ian L. Papendick, *pro hac vice* pending
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-6905
ipapendick@winston.com

**Attorneys for Defendant Panasonic Corporation of North America**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avnet, Inc., | Case No. 2:19-cv-00766-SMB |
| Plaintiff, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; and SANYO North America Corporation, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant Panasonic Corporation of North America ("PNA"), in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

☐ No such corporation.

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Panasonic Holding (Netherlands) B.V.   Relationship PNA is a subsidiary of Panasonic Holding (Netherlands) B.V., which is wholly owned by Panasonic Corporation

☒ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

Panasonic Holding (Netherlands) B.V.   Relationship Owns more than 10% of PNA's stock

☒ Other (please explain)

SANYO North America Corp., which has been named as a defendant in this action, ceased to exist as a separate entity following its merger with PNA in April 2015

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

///

- 1 -

DATED this 16th day of May, 2019.

OSBORN MALEDON, P.A.

s/ William J. Maledon
William J. Maledon
Eric M. Fraser
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012-2793

WINSTON & STRAWN LLP
Jeffrey L. Kessler, *pro hac vice* pending
A. Paul Victor, *pro hac vice* pending
Molly M. Donovan, *pro hac vice* pending
Sofia Arguello, *pro hac vice* pending
200 Park Avenue
New York, NY 10166

WINSTON & STRAWN LLP
Ian L. Papendick, *pro hac vice* pending
101 California Street, 35th Floor
San Francisco, CA 94111-5840

**Attorneys for Defendant Panasonic Corporation of North America**

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Jessica A. Lopez
8045199