1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENNEMORE CRAIG, P.C.
Amy Abdo (No. 016346)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: amy@fclaw.com

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
Ilana A. Drescher (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
Email: idrescher@bilzin.com

*Attorneys for Plaintiff Avnet, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Avnet, Inc., | |
|         Plaintiff, | Case No.: 2:19-cv-0766-SMB |
| vs. | |
| Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; and SANYO North America Corporation, | **PROOF OF SERVICE** |
|         Defendants. | |

I HEREBY CERTIFY that on May 20, 2019, Plaintiff served via electronic mail this Court's Order entered on February 7, 2019, ECF No. 9 to the email addresses of all counsel of record for Panasonic Corporation North America in this action.

Dated:  May 20, 2019

By: */s/ Scott Wagner*

Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry Goldsmith (*pro hac vice*)
Ilana A. Drescher (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
(305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
Email: idrescher@bilzin.com

FENNEMORE CRAIG, P.C.
Amy Abdo (No. 016346)
2394 E. Camelback Road,
Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: amy@fclaw.com

*Attorneys for Plaintiff Avnet, Inc.*